# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | CHAPTER 7 |
| MICHAEL C. POWELL, | : | |
| CATHY SUND POWELL, | : | CASE NO. 13-31157 JPS |
| | : | |
| Debtors | : | |
| | : | |
| WILLIAM M. FLATAU, TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL C. POWELL, | : | |
| CATHY SUND POWELL, | : | |
| | : | |
| Respondents | : | |

## NOTICE OF TIME TO RESPOND TO TRUSTEE'S MOTION FOR TURNOVER

WILLIAM M. TRUSTEE, TRUSTEE, HAS FILED HIS TRUSTEE'S MOTION FOR TURNOVER.  A COPY OF SAID MOTION IS ATTACHED HERETO.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, YOU MUST FILE A WRITTEN OBJECTION OR BEFORE **FEBRUARY 10, 2014.**   IF AN OBJECTION IS FILED, A HEARING HAS BEEN SCHEDULED FOR THE **19th DAY OF FEBRUARY, 2014 AT 2:00 O'CLOCK P.M.** IN THE UNITED STATES BANKRUPTCY COURT, 115 E. HANCOCK STREET, 2ND FLOOR, POST OFFICE BUILDING, ATHENS, GEORGIA.  IF YOU MAIL YOUR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE TO: CLERK, UNITED STATES BANKRUPTCY COURT, POST OFFICE BOX 1957, MACON GA 31201. ANY OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

DATED THIS 21st DAY OF JANUARY, 2014.

|  |  |
|---|---|
|  | KATZ, FLATAU & BOYER, L.L.P. |
|  | By: |
|  | /s/ William M. Flatau_____ |
| 355 Cotton Avenue | WILLIAM M. FLATAU |
| Macon, Georgia  31201 | State Bar No. 262800 |
| (478) 742-6481 | Attorney for Trustee |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | CHAPTER 7 |
| MICHAEL C. POWELL, | : | |
| CATHY SUND POWELL, | : | CASE NO. 13-31157 JPS |
| | : | |
| Debtors | : | |
| | : | |
| WILLIAM M. FLATAU, TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL C. POWELL, | : | |
| CATHY SUND POWELL, | : | |
| | : | |
| Respondents | : | |

## MOTION FOR TURNOVER

COMES NOW William M. Flatau, trustee ("Trustee"), and in support of his Motion respectfully shows as follows:

1.

On September 3, 2013 (the "Petition Date"), Michael C. Powell and Cathy Sund Powell ("Debtors" or "the Powells") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2.

This court has jurisdiction under 11 U.S.C. §§ 548, 727 and 550, and 28 U.S.C. §§ 1334 and 157. This proceeding is a core proceeding, under 28 U.S.C. § 157(b), arising under Title 11, U.S.C., and arising in the above-referenced case under Title 11.

3.

The Powells are subject to the jurisdiction of this court.

4.

As of the Petition Date of September 3, 3013, the Powells had the sum of $12,204.74 in their bank account at Bank of Madison ("Funds") according to Schedule B.

5.

The Powells have exempted $5,200.00 of the Funds, leaving non-exempt funds in the amount of $7,004.75 for the benefit of unsecured creditors. The Powells are obligated to turnover this amount to your Trustee.

6.

At the 11 U.S.C. § 341(a) meeting of creditors, the Trustee directed the Powells to turnover the non-exempt Funds to him. As of the date of this motion, no funds have been turned over.

WHEREFORE, the Trustee prays:

(a) Mr. and Ms. Powell be ordered to turnover to the Trustee the sum of $7,004.75 to the Trustee; and

(b) that he have such other and further relief as is just.


/s/ William M. Flatau
WILLIAM M. FLATAU
State Bar No. 262800

KATZ, FLATAU & BOYER, LLP
355 Cotton Avenue
Macon, Georgia  31201
(478) 742-6481
billflatau@hotmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN THE MATTER OF: : | |
| : | CHAPTER 7 |
| MICHAEL C. POWELL, : | |
| CATHY SUND POWELL, : | CASE NO. 13-31157 JPS |
| : | |
| Debtors : | |
| : | |
| WILLIAM M. FLATAU, TRUSTEE, : | |
| : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| MICHAEL C. POWELL, : | |
| CATHY SUND POWELL, : | |
| : | |
| Respondents : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day mailed a copy of the within and foregoing Motion for Turnover and Notice of Hearing upon Michael C. Powell and Cathy Sund Powell, 2981 Apalachee Road, Madison, Georgia 30650 and upon Brant A. Jackson, Esq., 10 Glenlake Parkway South, NE, Suite 130, Atlanta, Georgia 30328 by placing in the United States mail with sufficient postage affixed thereto to insure prompt delivery.

This 21st day of January, 2014.

/s/ William M. Flatau
WILLIAM M. FLATAU